Signed and Filed: January 4, 2013

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>BENJAMIN S. SISON and<br>MARIA AGNES TOLOSA SISON,<br><br>    Debtors. | Case No. 11-34331 TEC<br>Chapter 11 |
| ARDEN M. INTENGAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>BENJAMIN S. SISON and<br>MARIA AGNES TOLOSA SISON,<br><br>    Defendants. | Adv. Proc. No. 12-3081 TC |

**MEMORANDUM RE MOTION TO DISMISS**

The court held a hearing on September 7, 2012 regarding Defendants' motion to dismiss for failure to state a claim upon which relief can be granted. Upon due consideration, and for the reasons set forth below, the court determines that the motion should be granted.

Plaintiff made a loan to Defendants secured by certain real properties. Defendants failed to repay the loan and filed a petition under chapter 11 of the Bankruptcy Code before Plaintiff

MEMORANDUM RE
MOTION TO DISMISS    -1-

could foreclose.  Plaintiff brought the current action seeking the following relief: (1) a determination that Defendants' liability to Plaintiff is excepted from any discharge Defendants might receive in their chapter 11 case; and (2) declaratory relief regarding Plaintiff's rights in the collateral securing the loan.

Plaintiff's exception-from-discharge claim must be dismissed without leave to amend because it was not timely filed.  The deadline for such an action was March 12, 2012.  Plaintiff did not file this action by that date, and the court denied Plaintiff's motion for extension of that deadline in an order entered on September 13, 2012.

Plaintiff's claim for declaratory relief must also be dismissed without leave to amend, because Defendants do not dispute the validity of Plaintiff's deeds of trust or the loan they secure. The treatment of Plaintiff's secured claim will be resolved in the chapter 11 case rather than this adversary proceeding.

**\*\*END OF MEMORANDUM\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Arden Intengan |
|   | 4147 Clarinbridge Circle |
| 4 | Dublin, CA 94568 |
| 5 | Arden Intengan |
|   | c/o Craig S. Miller |
| 6 | Weisberg & Miller |
|   | 654 Sacramento St., 3rd Fl. |
| 7 | San Francisco, CA 94111 |